COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

 

                                                 NO.
2-10-148-CV

 

 

IN
RE JAMES CARLEY AND                                                               RELATORS

AAA TEXAS COUNTY
MUTUAL 

INSURANCE COMPANY

AS SUBROGEE FOR JAMES
CARLEY

                                                       ------------

                                           ORIGINAL PROCEEDING

                                                       ------------

                                      MEMORANDUM
OPINION[1]

                                                       ------------

The court has considered relators=
petition for writ of mandamus, the response of the real party in interest, and
relators=
reply and is of the opinion that relief should be denied.  Accordingly, relators=
petition for writ of mandamus is denied.

 

Relators shall pay all costs of this
original proceeding, for which let execution issue.

PER
CURIAM

 








 

PANEL: GARDNER and
MCCOY, JJ.

 

DELIVERED:  June 18, 2010











     [1]See
Tex. R. App. P. 47.4, 52.8(d).